IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LYNN CLARKE, et al.,<br><br>　　　　Defendants. | No. C 11-5394 LHK (PR)<br><br>JUDGMENT |

　　　The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED: 4/9/12

_____
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\McCoy394jud.wpd